Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34333−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Massah Sarah Morris
   PO Box 2093
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−5359

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       6/20/18
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Gorski & Knowlton PC, Debtor's Attorney

COMMISSION OR FEES
$3,217.00

EXPENSES
$346.80

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).


Dated: May 15, 2018
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Massah Sarah Morris
    Debtor

Case No. 17-34333-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 15, 2018
                     Form ID: 137     Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
```
db            +Massah Sarah Morris,    PO Box 2093,    Willingboro, NJ 08046-6193
cr            +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
517208543     +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
517208544     +Barneys Ny,    Po Box 326,    Lyndhurst, NJ 07071-0326
517208545     +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517208546     +Citibank,    Centralized Bk/Citicorp Credit Srvs,    Po Box 790040,    St Louis, MO 63179-0040
517208547     +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
517208548     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
517208549     +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
517208550     +Comenity Bank/Fashion Bug,    Po Box 182125,    Columbus, OH 43218-2125
517208551     +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517208552      Comenity Capital/mprc,    Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
517208553     +Comenitycb/barneys,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517297430      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
517219318      Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                Roseville, MN 55113-0011
517208557     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517208565     +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                Minneapolis, MN 55440-9475
517344592      US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517208566     +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                Madison, WI 53704-3121
517208567     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517238209     +Wilmington Savings Fund Society,FSB Trustee(See410,    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2018 23:23:26      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2018 23:23:20      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517208542      E-mail/Text: ebnbankruptcy@ahm.honda.com May 15 2018 23:23:36      American Honda Finance,
                Po Box 168088,    Irving, TX 75016
517236255      E-mail/Text: ebnbankruptcy@ahm.honda.com May 15 2018 23:23:36
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
517208554     +E-mail/Text: bankruptcy.bnc@ditech.com May 15 2018 23:23:06      Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
517234288      E-mail/Text: bankruptcy.bnc@ditech.com May 15 2018 23:23:06
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
517319368      E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2018 23:31:18
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517208555     +E-mail/Text: M74banko@daimler.com May 15 2018 23:24:29      Mercedes-Benz Financial,
                Po Box 685,    Roanole, TX 76262-0685
517262691     +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2018 23:23:19      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517269295      E-mail/PDF: cbp@onemainfinancial.com May 15 2018 23:30:38      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
517208556     +E-mail/PDF: cbp@onemainfinancial.com May 15 2018 23:31:25      Onemain,    Po Box 1010,
                Evansville, IN 47706-1010
517268861      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2018 23:31:33
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                Norfolk VA 23541
517302872      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2018 23:31:08
                Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
517315985      E-mail/Text: bnc-quantum@quantum3group.com May 15 2018 23:23:13
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517315987      E-mail/Text: bnc-quantum@quantum3group.com May 15 2018 23:23:13
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA 98083-0788
517313241      E-mail/Text: bnc-quantum@quantum3group.com May 15 2018 23:23:13
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517208558     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:03      Syncb/Ashley Homestore,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208559     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:30:39      Syncb/mohawk Color Ctr,
                Po Box 96060,    Orlando, FL 32896-0001
```

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: May 15, 2018
                              Form ID: 137              Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517209309     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:27      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517208560     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:27      Synchrony Bank/ JC Penney,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208561     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:30:39      Synchrony Bank/American Eagle,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208562     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:28      Synchrony Bank/Lowes,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208563     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:29      Synchrony Bank/Old Navy,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208564     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:30:39      Synchrony Bank/Walmart,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517323463     +E-mail/Text: bncmail@w-legal.com May 15 2018 23:23:37      TD BANK USA, N.A.,
               C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
```
            Albert    Russo     docs@russotrustee.com
            Allen I Gorski    on behalf of Debtor Massah Sarah Morris agorski@gorskiknowlton.com
            Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
            Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
             Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
             Grantor Trust rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```