UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone: (609)964-4000
Fax: (609)585-2553
Email: agorski@gorskiknowlton.com

Order Filed on June 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Massah Sarah Morris

Case No.:   17-34333

Chapter:   13

Judge:   Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 25, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Gorski & Knowlton PC_____, the applicant, is allowed a fee of $ \_\_awarded $6,560.00\_\_ for services rendered and expenses in the amount of $_____346.80_____ for a total of $_____6,906.80_____ . The allowance is payable:

- ☒ through the Chapter 13 plan as an administrative priority. ($6,306.80 total.  Includes $2,743.00 previously receiving from Trustee)

- ☒ outside the plan. $600.00

The debtor's monthly plan is modified to require a payment of $605.00 per month for 40 months beginning in September 2019 to allow for payment of the above fee.

*rev.8/1/15*