UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49332
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for American Honda Finance Corporation
JM-5630

**Order Filed on September 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
MASSAH SARAH MORRIS

Case No.: 17-34333

Hearing Date: 9-3-2019

Judge: Hon. Michael B. Kaplan

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Massah Sarah Morris / 49332
Case No:   17-34333 (MBK)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **American Honda Finance Corporation** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Lesie M. Pintor** to permit **American Honda Finance Corporation** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2013 Honda Accord
Vehicle Identification Number
1HGCR2F30DA283601

United States Bankruptcy Court
District of New Jersey

In re:  
Massah Sarah Morris  
    Debtor

Case No. 17-34333-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 05, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.  
db           +Massah Sarah Morris,    PO Box 2093,    Willingboro, NJ 08046-6193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:

       Albert   Russo     docs@russotrustee.com  
       Allen I Gorski     on behalf of Debtor Massah Sarah Morris agorski@gorskiknowlton.com  
       John R. Morton, Jr.     on behalf of Creditor     American Honda Finance Corporation  
        ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
       Nicholas V. Rogers     on behalf of Creditor     LOANCARE, LLC. nj.bkecf@fedphe.com  
       Nicholas V. Rogers     on behalf of Creditor     DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
       Rebecca Ann Solarz     on behalf of Creditor     Wilmington Savings Fund Society, FSB, DBA Christiana  
        Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19  
        Grantor Trust rsolarz@kmllawgroup.com  
       Sherri Jennifer Smith     on behalf of Creditor     LOANCARE, LLC. nj.bkecf@fedphe.com,  
        nj.bkecf@fedphe.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 8