| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>GORSKI KNOWLTON PC<br>Allen I. Gorski, Esquire<br>311 Whitehorse Avenue; Suite A<br>Hamilton, New Jersey 08610<br>Phone: 609-964-4000<br>Fax: 609-585-2553<br>agorski@gorskiknowlton.com<br>Attorneys for Debtor(s) | |
| In Re:<br><br>Massah S. Morris | Case No.: 17-34333<br><br>Judge: Kaplan<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for ____March 11, 2020____, at __9 am__.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
see attached.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 3/4/2020

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Attachment to Debtor's Certification in Opposition to Trustee's Motion to Dismiss
Massah S. Morris
17-34333-MBK

After American Honda obtained relief from the automatic stay my attorney prepared a modified plan that I thought was filed with the Court. Upon receipt of the Trustee's Motion I signed the modified plan and my attorney will be filing it with the Court.

I have worked at Barney's in New York for 31 years and the Manhattan store is closing. I will be laid off sometime in the near future. I have been struggling to maintain my Trustee payments and I am uncertain as to my future employment. Although I may earn far less at a new job, I will also not be commuting to Manhattan from Willingboro daily.

I hope to make a good faith payment to the Trustee before the March 11, 2020 hearing and I would ask for an adjournment for at least two months so that I can find a new job and submit an amended budget to allow me to complete the Chapter 13 Plan.