Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 17−34333−MBK
           Chapter: 13
           Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Massah Sarah Morris
   PO Box 2093
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−5359

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 6, 2018.

On March 4, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          April 8, 2020
Time:         10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 6, 2020
JAN: pbf

                                                                                          Jeanne Naughton
                                                                                         Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                    Case No. 17-34333-MBK
Massah Sarah Morris                                                       Chapter 13
        Debtor                         CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                 Page 1 of 3                   Date Rcvd: Mar 06, 2020
                                Form ID: 185                Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db             +Massah Sarah Morris,    PO Box 2093,    Willingboro, NJ 08046-6193
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +LOANCARE, LLC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
517208543      +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
517208544      +Barneys Ny,    Po Box 326,   Lyndhurst, NJ 07071-0326
517208546      +Citibank,    Centralized Bk/Citicorp Credit Srvs,    Po Box 790040,   St Louis, MO 63179-0040
517208547      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517208548      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517208549      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
518199483      +LoanCare, LLC,    P.O Box 8068,   Virginia Beach, VA 23450-8068
518199484      +LoanCare, LLC,    P.O Box 8068,   Virginia Beach, VA 23450,    LoanCare, LLC,   P.O Box 8068,
                 Virginia Beach, VA 23450-8068
517219318       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
517713652      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517713653      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517208557      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,   Littleton, CO 80163-6005
517208565      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,
                 Minneapolis, MN 55440-9475
517344592       US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
517208566      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
517208567      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
517238209      +Wilmington Savings Fund Society,FSB Trustee(See410,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 23:23:43      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 23:23:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 06 2020 23:23:51
                 American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,   Irving, TX  75063
517208542       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 06 2020 23:23:51      American Honda Finance,
                 Po Box 168088,   Irving, TX 75016
517236255       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 06 2020 23:23:51
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517208545      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2020 23:40:25      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
517208550      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2020 23:23:28      Comenity Bank/Fashion Bug,
                 Po Box 182125,   Columbus, OH 43218-2125
517208551      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2020 23:23:28
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
517208552       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2020 23:23:28      Comenity Capital/mprc,
                 Attn: Bankruptcy,    Po Box 18215,   Columbus, OH 43218
517208553      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2020 23:23:29      Comenitycb/barneys,
                 Comenity Bank,    Po Box 182125,   Columbus, OH 43218-2125
517297430       E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 23:23:35
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517208554      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2020 23:23:21      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
517234288       E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2020 23:23:21
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517319368       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 23:39:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517208555      +E-mail/Text: M74banko@daimler.com Mar 06 2020 23:24:31      Mercedes-Benz Financial,
                 Po Box 685,   Roanole, TX 76262-0685
517262691      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2020 23:23:39      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517269295       E-mail/PDF: cbp@onemainfinancial.com Mar 06 2020 23:39:39      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
```

```
District/off: 0312-3          User: admin                Page 2 of 3                    Date Rcvd: Mar 06, 2020
                              Form ID: 185               Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517208556        +E-mail/PDF: cbp@onemainfinancial.com Mar 06 2020 23:39:40      Onemain,    Po Box 1010,
                  Evansville, IN 47706-1010
517682785         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 23:40:28
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517682786         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 23:39:51
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517268861         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 23:39:52
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
517302872         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 23:40:32
                  Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
517315985         E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 23:23:35
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517315987         E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 23:23:35
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
517313241         E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 23:23:36
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517208558        +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:39:43      Syncb/Ashley Homestore,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208559        +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:39:11      Syncb/mohawk Color Ctr,
                  Po Box 96060,    Orlando, FL 32896-0001
517209309        +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:39:44      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517208560        +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:40:19      Synchrony Bank/ JC Penney,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208561        +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:39:44      Synchrony Bank/American Eagle,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208562        +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:40:19      Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208563        +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:40:19      Synchrony Bank/Old Navy,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208564        +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:40:19      Synchrony Bank/Walmart,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517323463        +E-mail/Text: bncmail@w-legal.com Mar 06 2020 23:23:52      TD BANK USA, N.A.,
                  C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518586876*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
518586877*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Massah Sarah Morris agorski@gorskiknowlton.com
              Andrew L. Spivack    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 06, 2020
                              Form ID: 185             Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust rsolarz@kmllawgroup.com
        Robert Davidow    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 10