**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

- 0  Valuation of Security
- 0  Assumption of Executory Contract or Unexpired Lease
- 0  Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Massah S. Morris

Debtor(s)

Case No.: 17-34333  
Judge: Kaplan

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: March 4, 2020  
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __AIG__    Initial Debtor: __MSM__    Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ __605__ per __month__ to the Chapter 13 Trustee, starting on __April 1, 2020__ for approximately __40__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):

$400.00/month contribution from 20-yr-old lives in home.

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 21 Holmes Lane, Willingboro, NJ - approved by Ditech 3/18 motion to approve pending
Proposed date for completion: May 2018

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

payments set up to $400/month when Mercedes loan payments completed in August 2019.

**Part 2:    Adequate Protection ☒ NONE**

     a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

     a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 6306.80 per order 6/25/18 |
| DOMESTIC SUPPORT OBLIGATION | | |

     b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| CitiFinancial/SLS | 2nd Mortgage | $600 | 0 | $1677.60 | $209.70 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

    Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| American Honda - arrears $507.08 per claim | 2013 Honda Accord. Payoff $8,566.63 per MFR | $11,125 per MFR | 0 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

DiTech Financial - Mortgage on 21 Holmes Lane, Willingboro, NJ.  Loan Modification approved by DiTech March 2018, motion before United States Bankruptcy Court to approve loan modification pending.  Monthly payments reduced to $1,101.42 beginning April 1, 2018 outside plan.  Arrearage claim $7,419.05 to be withdrawn by DiTech.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases   ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative claims
3) Secured claims
4) Priority claims and unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 4/17/18                              .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| 1. American Honda obtained stay relief August 2019. | 1. Arrears to American Honda eliminated from plan- vehicle surrender. |
| 2. Gorski & Knowlton fees awarded 6/25/18. | 2. Part 3 amended to reflect fee award. |
| 3. Gorski & Knowlton fees awarded 6/25/18. | 3. Part 1a plan amount increased Sept 2019 per fee order. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 3/4/2020                              /s/ Massah S. Morris
                                                        Debtor

Date: _____         _____
                                                        Joint Debtor

Date: 3/4/2020                              /s/ Allen I. Gorski
                                                       Attorney for Debtor(s)

```
United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-34333-MBK
Massah Sarah Morris                                              Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin            Page 1 of 3          Date Rcvd: Mar 06, 2020
                           Form ID: pdf901        Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db             +Massah Sarah Morris,    PO Box 2093,    Willingboro, NJ 08046-6193
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +LOANCARE, LLC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
517208543      +ARS/Account Resolution Specialist,     Po Box 459079,    Sunrise, FL 33345-9079
517208544      +Barneys Ny,    Po Box 326,    Lyndhurst, NJ 07071-0326
517208546      +Citibank,    Centralized Bk/Citicorp Credit Srvs,    Po Box 790040,    St Louis, MO 63179-0040
517208547      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,     Po Box 790040,
                 Saint Louis, MO 63179-0040
517208548      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                 S Louis, MO 63179-0040
517208549      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,     Po Box 790040,
                 Saint Louis, MO 63179-0040
518199483      +LoanCare, LLC,    P.O Box 8068,    Virginia Beach, VA 23450-8068
518199484      +LoanCare, LLC,    P.O Box 8068,    Virginia Beach, VA 23450,    LoanCare, LLC,    P.O Box 8068,
                 Virginia Beach, VA 23450-8068
517219318       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
517713652      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517713653      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517208557      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517208565      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV    PO Box 9475,
                 Minneapolis, MN 55440-9475
517344592       US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517208566      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
517208567      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517238209      +Wilmington Savings Fund Society,FSB Trustee(See410,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 23:23:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 23:23:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 06 2020 23:23:51
                 American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,    Irving, TX  75063
517208542       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 06 2020 23:23:51      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
517236255       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 06 2020 23:23:51
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517208545      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2020 23:39:49      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517208550      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2020 23:23:27      Comenity Bank/Fashion Bug,
                 Po Box 182125,    Columbus, OH 43218-2125
517208551      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2020 23:23:27
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517208552      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2020 23:23:28      Comenity Capital/mprc,
                 Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
517208553      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 06 2020 23:23:28      Comenitycb/barneys,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517297430       E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 23:23:34
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517208554      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2020 23:23:21      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517234288       E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2020 23:23:21
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517319368       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 23:39:24
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517208555      +E-mail/Text: M74banko@daimler.com Mar 06 2020 23:24:31      Mercedes-Benz Financial,
                 Po Box 685,    Roanole, TX 76262-0685
517262691      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2020 23:23:39      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517269295       E-mail/PDF: cbp@onemainfinancial.com Mar 06 2020 23:39:40      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Mar 06, 2020
                              Form ID: pdf901          Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517208556      +E-mail/PDF: cbp@onemainfinancial.com Mar 06 2020 23:39:09     Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
517682785       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 23:39:21
                 Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541
517682786       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 23:39:20
                 Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541
517268861       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 23:39:19
                 Portfolio Recovery Associates, LLC,     c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517302872       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 23:39:52
                 Portfolio Recovery Associates, LLC,     c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
517315985       E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 23:23:34
                 Quantum3 Group LLC as agent for,     Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517315987       E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 23:23:34
                 Quantum3 Group LLC as agent for,     Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517313241       E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 23:23:35
                 Quantum3 Group LLC as agent for,     MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517208558      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:39:43     Syncb/Ashley Homestore,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208559      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:40:19     Syncb/mohawk Color Ctr,
                 Po Box 96060,    Orlando, FL 32896-0001
517209309      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:40:19     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517208560      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:40:19     Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208561      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:40:19     Synchrony Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208562      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:39:43     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208563      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:40:18     Synchrony Bank/Old Navy,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517208564      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 23:39:43     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517323463      +E-mail/Text: bncmail@w-legal.com Mar 06 2020 23:23:52     TD BANK USA, N.A.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518586876*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518586877*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Allen I Gorski    on behalf of Debtor Massah Sarah Morris agorski@gorskiknowlton.com
          Andrew L. Spivack    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 06, 2020
                              Form ID: pdf901          Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust rsolarz@kmllawgroup.com

          Robert   Davidow    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com

          Sherri Jennifer Smith    on behalf of Creditor    LOANCARE, LLC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                        TOTAL: 10