Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                          Case No.: 17−34333−MBK
                                          Chapter: 13
                                          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Massah Sarah Morris
   PO Box 2093
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−5359

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       2/2/21
Time:      01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Gorski & Knowlton PC, Debtor's Attorney

COMMISSION OR FEES
fee: $5125.00,

EXPENSES
expenses: $55.88

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 31, 2020
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 17-34333-MBK
Massah Sarah Morris                                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                                        User: admin                                        Page 1 of 4
Date Rcvd: Dec 31, 2020                                Form ID: 137                                   Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Massah Sarah Morris, PO Box 2093, Willingboro, NJ 08046-6193 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | LOANCARE, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517208543 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 517208544 | + | Barneys Ny, Po Box 326, Lyndhurst, NJ 07071-0326 |
| 517208546 | + | Citibank, Centralized Bk/Citicorp Credit Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517208547 | + | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517208548 | + | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517208549 | + | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517208567 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517208554 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 517234288 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 518199483 | + | LoanCare, LLC, P.O Box 8068, Virginia Beach, VA 23450-8068 |
| 518199484 | + | LoanCare, LLC, P.O Box 8068, Virginia Beach, VA 23450, LoanCare, LLC, P.O Box 8068 Virginia Beach, VA 23450-8068 |
| 517219318 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517713652 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517208557 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 517208565 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517344592 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517208566 | + | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 517238209 | + | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 31 2020 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 31 2020 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 31 2020 20:28:00 | American Honda Finance Corporation, 3625 W. Royal Lane, Suite 200, Irving, TX 75063 |
| 517208542 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 31 2020 20:28:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517236255 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 31 2020 20:28:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517208545 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 31 2020 20:29:50 | Capital One, Attn: Bankruptcy, Po Box 30253, |

Case 17-34333-MBK  Doc 63  Filed 01/02/21  Entered 01/03/21 00:13:13  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 31, 2020 | Form ID: 137 | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| | | | Salt Lake City, UT 84130-0253 |
| 517208550 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2020 20:28:00 | Comenity Bank/Fashion Bug, Po Box 182125, Columbus, OH 43218-2125 |
| 517208551 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2020 20:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517208552 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2020 20:28:00 | Comenity Capital/mprc, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 517208553 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2020 20:28:00 | Comenitycb/barneys, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517297430 | Email/Text: bnc-quantum@quantum3group.com | Dec 31 2020 20:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517319368 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2020 20:30:01 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517208555 | + Email/Text: M74banko@daimler.com | Dec 31 2020 20:29:00 | Mercedes-Benz Financial, Po Box 685, Roanole, TX 76262-0685 |
| 517262691 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2020 20:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517269295 | Email/PDF: cbp@onemainfinancial.com | Dec 31 2020 20:30:54 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517208556 | + Email/PDF: cbp@onemainfinancial.com | Dec 31 2020 20:30:13 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 517682785 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 31 2020 20:30:35 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517682786 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 31 2020 20:31:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517268861 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 31 2020 20:31:14 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517302872 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 31 2020 20:31:14 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517313241 | Email/Text: bnc-quantum@quantum3group.com | Dec 31 2020 20:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517315985 | Email/Text: bnc-quantum@quantum3group.com | Dec 31 2020 20:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517315987 | Email/Text: bnc-quantum@quantum3group.com | Dec 31 2020 20:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517208558 | + Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 20:30:59 | Syncb/Ashley Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517208559 | + Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 20:30:19 | Syncb/mohawk Color Ctr, Po Box 96060, Orlando, FL 32896-0001 |
| 517209309 | + Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 20:30:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517208560 | + Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 20:30:21 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517208561 | + Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 20:30:20 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517208562 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 20:31:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517208563 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 20:29:46 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517208564 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 20:30:20 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517323463 | + | Email/Text: bncmail@w-legal.com | Dec 31 2020 20:28:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517713653 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518586876 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518586877 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Debtor Massah Sarah Morris agorski@gorskiknowlton.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor LOANCARE LLC. smncina@rascrane.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 31, 2020 | Form ID: 137 | Total Noticed: 53 |

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8