Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34333−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Massah Sarah Morris
   PO Box 2093
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−5359

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/5/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 6, 2021
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                          Case No. 17-34333-MBK
Massah Sarah Morris                             Chapter 13
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 4
Date Rcvd: Jan 06, 2021         Form ID: 148             Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Massah Sarah Morris, PO Box 2093, Willingboro, NJ 08046-6193 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | LOANCARE, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517208543 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 517208544 | + | Barneys Ny, Po Box 326, Lyndhurst, NJ 07071-0326 |
| 517208567 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517208554 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 517234288 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 518199483 | + | LoanCare, LLC, P.O Box 8068, Virginia Beach, VA 23450-8068 |
| 518199484 | + | LoanCare, LLC, P.O Box 8068, Virginia Beach, VA 23450, LoanCare, LLC, P.O Box 8068 Virginia Beach, VA 23450-8068 |
| 517219318 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517713652 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517208557 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 517344592 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517208566 | + | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 517238209 | + | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2021 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2021 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: HNDA.COM | Jan 07 2021 02:03:00 | American Honda Finance Corporation, 3625 W. Royal Lane, Suite 200, Irving, TX 75063 |
| 517208542 | | EDI: HNDA.COM | Jan 07 2021 02:03:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517236255 | | EDI: HNDA.COM | Jan 07 2021 02:03:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517208545 | + | EDI: CAPITALONE.COM | Jan 07 2021 02:03:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517208546 | + | EDI: CITICORP.COM | Jan 07 2021 02:03:00 | Citibank, Centralized Bk/Citicorp Credit Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517208547 | + | EDI: CITICORP.COM | Jan 07 2021 02:03:00 | Citibank / Sears, Citicorp Credit Services/Attn: |

Case 17-34333-MBK    Doc 65    Filed 01/08/21    Entered 01/10/21 00:16:44    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: 148 | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| | | | Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517208548 | + EDI: CITICORP.COM | Jan 07 2021 02:03:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517208549 | + EDI: CITICORP.COM | Jan 07 2021 02:03:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517208550 | + EDI: WFNNB.COM | Jan 07 2021 02:03:00 | Comenity Bank/Fashion Bug, Po Box 182125, Columbus, OH 43218-2125 |
| 517208551 | + EDI: WFNNB.COM | Jan 07 2021 02:03:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517208552 | EDI: WFNNB.COM | Jan 07 2021 02:03:00 | Comenity Capital/mprc, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 517208553 | + EDI: WFNNB.COM | Jan 07 2021 02:03:00 | Comenitycb/barneys, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517297430 | EDI: Q3G.COM | Jan 07 2021 02:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517319368 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 22:08:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517208555 | + EDI: DAIMLER.COM | Jan 07 2021 02:03:00 | Mercedes-Benz Financial, Po Box 685, Roanole, TX 76262-0685 |
| 517262691 | + EDI: MID8.COM | Jan 07 2021 02:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517269295 | EDI: AGFINANCE.COM | Jan 07 2021 01:58:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517208556 | + EDI: AGFINANCE.COM | Jan 07 2021 01:58:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 517682785 | EDI: PRA.COM | Jan 07 2021 02:03:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517682786 | EDI: PRA.COM | Jan 07 2021 02:03:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517268861 | EDI: PRA.COM | Jan 07 2021 02:03:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517302872 | EDI: PRA.COM | Jan 07 2021 02:03:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517313241 | EDI: Q3G.COM | Jan 07 2021 02:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517315985 | EDI: Q3G.COM | Jan 07 2021 02:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517315987 | EDI: Q3G.COM | Jan 07 2021 02:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517208558 | + EDI: RMSC.COM | Jan 07 2021 02:03:00 | Syncb/Ashley Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517208559 | + EDI: RMSC.COM | Jan 07 2021 02:03:00 | Syncb/mohawk Color Ctr, Po Box 96060, Orlando, FL 32896-0001 |
| 517209309 | + EDI: RMSC.COM | Jan 07 2021 02:03:00 | Synchrony Bank, c/o of PRA Receivables |

Case 17-34333-MBK    Doc 65    Filed 01/08/21    Entered 01/10/21 00:16:44    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: 148 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517208560 | + | EDI: RMSC.COM | Jan 07 2021 02:03:00 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517208561 | + | EDI: RMSC.COM | Jan 07 2021 02:03:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517208562 | + | EDI: RMSC.COM | Jan 07 2021 02:03:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517208563 | + | EDI: RMSC.COM | Jan 07 2021 02:03:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517208564 | + | EDI: RMSC.COM | Jan 07 2021 02:03:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517323463 | + | Email/Text: bncmail@w-legal.com | Jan 06 2021 21:50:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 517208565 | + | EDI: WTRRNBANK.COM | Jan 07 2021 02:03:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517713653 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518586876 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518586877 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Debtor Massah Sarah Morris agorski@gorskiknowlton.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: 148 | Total Noticed: 53 |

John R. Morton, Jr.
on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Nicholas V. Rogers
on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com

Rebecca Ann Solarz
on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust rsolarz@kmllawgroup.com

Sindi Mncina
on behalf of Creditor LOANCARE  LLC. smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8